IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                                          CIVIL ACTION NO. 3:04CV141-WS

ESCO HAROLD SCHILING aka HAROLD
SHILLING; AND LAURA V. SCHILLING,
HIS WIFE; RANDY BRASWELL, INVIDUALLY,
AND D/B/A WORLDWIDE COMPANIES; WORLD-
WIDE MACHINERY SALES, INC.; WORLDWIDE
PURCHASING, INC.; FIRST BANK; HAPPY JACK,
LLC; AMSOUTH BANK; AND ALL OTHER
PARTIES, CLAIMANTS, LIENHOLDERS,
CREDITORS, OR TRUSTEES, KNOWN OR
UNKNOWN, HAVING A CLAIM, RIGHT, TITLE OR
INTEREST IN THE PROPERTY HEREIN                             DEFENDANTS



## AGREED ORDER OF DISMISSAL AS TO AMSOUTH BANK

This civil action came on for hearing on the joint ore tenus motion of Defendant, AmSouth Bank, and Plaintiff, United States of America, by and through their respective undersigned counsel, for an Order dismissing AmSouth Bank as a Defendant in this civil action and the Court having considered said motion and now being fully advised in the premises is of the opinion that AmSouth Bank no longer has any interest in the real property described in the Complaint and is no longer a necessary party to this civil action, and, therefore, finds that said motion is well taken and should be and therefore is granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that Defendant, AmSouth Bank, is dismissed as a Defendant in this civil action..

SO ORDERED AND ADJUDGED, this the 23rd day of May, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED AS TO FORM AND CONTENT:

_____
Mitzi Dease Raige, Lead Attorney
U. S. Attorney's Office
Attorneys for United States of America


_____
James E. Lambert
Attorney at Law
Attorney for AmSouth Bank