IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**UNITED STATES OF AMERICA**                                       **PLAINTIFF**

**VS.**                           **CIVIL ACTION NO. 3:04cv141WS**

**ESCO HAROLD SCHILING aka HAROLD
SCHILLING; LAURA V. SCHILLING;
RANDY BRASWELL, INDIVIDUALLY AND
D/B/A/ WORLDWIDE COMPANIES; WORLD-
WIDE MACHINERY SALES, INC.; WORLD-
WIDE PURCHASING, INC.; FIRST BANK;
HAPPY JACK, LLC; AMSOUTH BANK; et al.**       **DEFENDANTS**

## ORDER GRANTING SUMMARY JUDGMENT

Before the court is the motion of the United States of America for summary judgment to which the defendants have not responded.  This court previously directed the defendants to respond to the motion for summary judgment, instructing them that failure to respond would result in this court granting the motion in favor of the United States.  The defendants, with the exception of AmSouth Bank who entered into an agreed order to dismiss, have offered no response whatsoever, therefore, the motion of the United States of America for summary judgment is granted.

      **SO ORDERED** this the 31st day of August, **2006**.

                s/ HENRY T. WINGATE
                _____
                **CHIEF UNITED STATES DISTRICT JUDGE**